IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRYAN KIND,

Plaintiff,                                                    ORDER

v.
                                                              Case No.  26-cv-724-wmc
SGT. CISNEROS, et al.

Defendants.

Plaintiff Bryan Kind has filed a proposed civil complaint and has requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed without prepayment, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit a certified trust fund account statement no later than September 2, 2026.  If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Bryan Kind may have until September 2, 2026 to submit a certified trust fund account statement for the period beginning approximately February 6, 2026 and ending approximately August 6, 2026.  If plaintiff fails to respond to this order by

September 2, 2026, then I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 11th day of August, 2026.

BY THE COURT:

s/
ANDREW R. WISEMAN
United States Magistrate Judge